```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :   ORDER
                                     :
         -v.-                        :   23 Cr. 261 (NSR)
                                     :   S3 23 Cr. 261 (NSR)
DAGOBERTO SOTO-RAMIREZ,              :   S4 23 Cr. 261 (NSR)
SAUL ARISMENDY DE LA CRUZ,           :   S6 23 Cr. 261 (NSR)
EDWIN RODRIGUEZ-GENAO,               :
SANTIAGO XAVIER MALDONADO,           :
DIEGO MUELAS-GONZALEZ, and           :
RAYSA STEPHANY COLÓN,                :
                                     :
         Defendants.                 X
-------------------------------------
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney T. Josiah Pertz, dated October 31, 2023;

WHEREAS on or about October 31, 2022, the Government sought and obtained from the Honorable Lorna G. Schofield an order authorizing the Internal Revenue Service ("IRS") to disclose tax refund and payment information purportedly associated with the scheme charged in the above-captioned case (the "Tax Order"). On January 30, 2023, the Government received a production of documents from IRS in response to the Tax Order (the "Tax Documents");

WHEREAS the Government is in the process of producing discovery under Rule 16 of the Federal Rules of Criminal Procedure, and trial in the above-captioned matter has not yet been scheduled;


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2023

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

Dated: White Plains, New York  
      November  1 , 2023

SO ORDERED.

_____  
HONORABLE NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE