LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZÜRICH

OF COUNSEL
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
ADAM ZHENG****
A. JEFFREY WEISS*****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ADMITTED IN CHINA ONLY
*****ALSO ADMITTED IN U.S.V.I AND ILL.

LAW OFFICES OF
**LAWRENCE H. SCHOENBACH, ESQ.**
ATTORNEY-AT-LAW

THE TRINITY BUILDING
111 BROADWAY, SUITE 901
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (347) 368-0616

SCHOENBACHLAWOFFICE@ATT.NET

WWW.SCHOENBACHLAW.US / WWW.SCHOENBACHLAW.COM

TALSTRASSE 82
POSTFACH 4818
8022, ZURICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

HONGXINGDIANJIN BUSINESS CENTER
#2, FOURTH FLOOR, PUSHANG AVENUE
FUZHOU, CHINA

November 29, 2023

*Via Electronic Case Fining (ECF) Only*
Honorable Judith C. McCarthy, United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
11-29-2023

Re:   *United States v. Raysa Stephany Colon*
      23 Cr. 261 (NSR)

Dear Judge McCarthy,

I write on behalf of my client, the above-referenced defendant, Raysa Colon, to request a modest, one-time adjustment in the defendant's curfew (set by your Honor to be from 7AM to 7PM daily). At the bond hearing before your Honor on November 22, 2023, the Court granted counsel's request to extend Ms. Colon's curfew on December 2, 2023 to 9:30PM to allow Ms. Colon to attend her brother's baby shower on that day. I am advised that the date of the baby shower was moved to December 8, 2023. As such, I request that the Court extend Ms. Colon's curfew to 9:30PM on December 8, 2023, instead of December 2, 2023. All other conditions of release remain unchanged.

I have discussed the subject matter of this request with AUSA Josiah Pertz who, on behalf of the government, has no objection.

LAW OFFICES OF
LAWRENCE H. SCHOENBACH

By: _____
Lawrence H. Schoenbach, Esq.

LHS/sms
Cc:   AUSA Timothy Josiah Pertz, Esq. (via ECF only)