| | | |
|---|---|---|
| LAWRENCE H. SCHOENBACH*<br>PARTNER, INSTITUTE FOR TAX AND<br>COMMERCIAL LAW, CH-ZÜRICH<br><br>OF COUNSEL<br>ELLEN BESSIS**<br>JÜRG BRAND***<br>ERICA B. POPKIN<br>ADAM ZHENG****<br>A. JEFFREY WEISS*****<br><br>*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I<br>**ADMITTED IN FRANCE ONLY<br>***ADMITTED IN SWITZERLAND ONLY<br>****ADMITTED IN CHINA ONLY<br>*****ALSO ADMITTED IN U.S.V.I AND ILL. | LAW OFFICES OF<br>LAWRENCE H. SCHOENBACH, ESQ.<br>ATTORNEY-AT-LAW<br>THE TRINITY BUILDING<br>111 BROADWAY, SUITE 901<br>NEW YORK, NEW YORK 10006<br>(212) 346-2400<br><br>FACSIMILE (347) 368-0616<br><br>SCHOENBACHLAWOFFICE@ATT.NET<br><br>WWW.SCHOENBACHLAW.US / WWW.SCHOENBACHLAW.COM | TALSTRASSE 82<br>POSTFACH 4818<br>8022, ZURICH, SWITZERLAND<br><br>2111 COMPANY STREET<br>CHRISTIANSTED, ST. CROIX<br>U.S. VIRGIN ISLANDS 00820<br><br>HONGXINGDIANJIN BUSINESS CENTER<br>#2, FOURTH FLOOR, PUSHANG AVENUE<br>FUZHOU, CHINA |

January 1, 2024

_Via Electronic Case Fining (ECF) Only_

Honorable Judith C. McCarthy, United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**APPLICATION GRANTED**

*[signature]*

Hon. Judith C. McCarthy

1-3-2024

Re:   *United States v. Raysa Stephany Colon*
      *23 Cr. 261 (NSR)*

Dear Judge McCarthy,

      I write on behalf of my client, the above-referenced Raysa Colon, to request an adjustment of the defendant's curfew (set by your Honor from 7AM to 7PM daily) to accommodate Ms. Colon's new employment and her employer's work schedule. Last week, Ms. Colon was able to secure full-time employment as an OBGYN medical assistant with Woman's Health Pavilion ("WHP"), a Woman's health-service provider affiliated with New York Presbyterian Brooklyn Methodist Hospital. WHP is located 82-12 151st Avenue, Howard Beach, New York 11414. Ms. Colon will be participating in training this week (January 2-5, 2024) at Howard Beach location according to the following schedule:

| Day | Start/End Work | Location | Commute Time | Curfew Adjustment |
|---|---|---|---|---|
| Tuesday | Noon-9PM | Howard Beach | 1.0 | Return home by 10PM |
| Wednesday | 730AM-4PM | Howard Beach | 1.0 | Leave home at 630AM |
| Thursday | Noon-9PM | Howard Beach | 1.0 | Return home by 10PM |
| Friday | 730AM-4PM | Howard Beach | 1.0 | Leave home at 630AM |

      Thereafter, once her training is completed, Ms. Colon will be working at the WHP's three different locations, depending on the day of the week. In addition to the Howard Beach location, WHP has offices at 109-33 71st Road (Suite 2G), Forrest Hills, New York 11375 and 73-09 Myrtle Avenue (2nd Floor), Glendale, New York 11385. I ask that future adjustments to Ms. Colon's

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, ESQ.

Honorable Judith C. McCarthy  
United States Magistrate Judge  
January 1, 2024  
Page 2 of 2

*United States v. Raysa Stephany Colon*  
*23 Cr. 261 (NSR)*

curfew that will be needed to accommodate her work schedule be made directly by the defendant's Pre-trial officer in accord with the spirit of the within request.

Notwithstanding the holiday weekend and the need to file this request expeditiously, I was able to speak with AUSA Pertz who, on behalf of the government, consents to the within request subject to any input or objection by Pre-trial services.

Accordingly, I request that the Court extend Ms. Colon's curfew in accord with the above-schedule. All other conditions of release remain unchanged.

LAW OFFICES OF  
LAWRENCE H. SCHOENBACH

By: _____  
Lawrence H. Schoenbach, Esq.

LHS/sms  
Cc:   AUSA Timothy Josiah Pertz, Esq. (via ECF only)  
   Raysa Stephany Colon