**MEMO ENDORSED**

# Angus James Bell, Esq.
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

---

January 9, 2025

**Via ECF**
Hon. Nelson Stephen Roman, USDJ
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Raysa Stephany Colon*, No. 23Cr261-06

Dear Judge Roman,

On August 7, 2024, the Hon. Jennifer E. Willis, USMJ granted counsel's application to be assigned to represent Ms. Raysa Stephany Colon in the above matter pursuant to the Criminal Justice Act. Counsel is now informed that Ms. Colon and her family retained Samantha Chorny, Esq. Ms. Chorny filed her notice of appearance with the Court on January 8th at docket entry no. 134.

Counsel is therefore seeking the Court's endorsement granting this application to be relieved for all purposes pursuant to Local Rule 1.4.

Thank you in advance for any and all consideration of this application. Counsel will await further instructions from the Court on this matter.

Respectfully submitted,

-s- AJB, Esq.
A James Bell, Esq.

Counsel's request to be relieved is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 135.
Dated: White Plains, NY
       January 15, 2025

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2025